## ORDER

PER CURIAM

**AND NOW**, this 31st day of October, 2016, the Petition for Allowance of Appeal is **DENIED**.

**P.M., Respondent**

v.

**K.W., Petitioner**

**No. 679 MAL 2016**

Supreme Court of Pennsylvania.

October 31, 2016

## ORDER

PER CURIAM

**AND NOW**, this 31st day of October, 2016, the Petition for Allowance of Appeal is **DENIED**.

**Antonio SIERRA, Appellant**

v.

**COMMONWEALTH of Pennsylvania, Appellee**

**No. 27 WAP 2016**

Supreme Court of Pennsylvania.

November 1, 2016

## ORDER

PER CURIAM

**AND NOW**, this 1st day of November, 2016, the Notice of Appeal is **QUASHED**. The Application for Relief, Application to Proceed In Forma Pauperis, and Pro Se Notice to be Heard Before a Judge are **DISMISSED AS MOOT**.

**D.K.D., Respondent**

v.

**A.L.C., Petitioner**

**No. 330 WAL 2016**

Supreme Court of Pennsylvania.

November 1, 2016

## ORDER

PER CURIAM

**AND NOW**, this 1st day of November, 2016, the Petition for Allowance of Appeal is **DENIED**.

Justice Mundy did not participate in the consideration or decision of this matter.